United States Bankruptcy Court
Western District of Michigan

In re:                                                                  Case No. 17-05813-jwb
Jeffrey Charles Alandt                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1          User: shellif           Page 1 of 1              Date Rcvd: Jan 11, 2018
                              Form ID: ojrh15         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db             +Jeffrey Charles Alandt,    4435 Ridgemoor Dr,    Traverse City, MI 49684-8144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Brett N. Rodgers    ecf@rodgersch13.com, ecfbnrbackup@trustee13.com
              Jeffrey C. Alandt    on behalf of Debtor Jeffrey Charles Alandt jalandtecf@gmail.com,
               G16562@notify.cincompass.com
              Michael V. Maggio    michael.v.maggio@usdoj.gov
                                                                                             TOTAL: 3

Form OJRH15 (06/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Jeffrey Charles Alandt**<br>4435 Ridgemoor Dr<br>Traverse City, MI 49684<br>SSN: xxx–xx–7647<br><br>**Debtor** | **Case Number 17–05813–jwb**<br><br>**Chapter 13**<br><br>**Honorable James W. Boyd** |

# ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES

PRESENT: Honorable James W. Boyd
United States Bankruptcy Judge

On January 10, 2018, the Debtor timely filed a motion to extend time to file schedules (DN 12 , the "Motion"). The Motion requests ex parte relief.

IT IS HEREBY ORDERED that the Motion (DN 12 ) is GRANTED. The Debtor shall have until **January 19, 2018** to file the required schedules, statements and chapter 13 plan .

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005–4 upon the Debtor, attorney for the Debtor, and the chapter 13 trustee.

Dated:  January 11, 2018

BY THE COURT

_____
James W. Boyd
United States Bankruptcy Judge